IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

KEVIN A. MARTIN,            )
                            )
            Petitioner      )
                            )
vs.                         )   No. CIV-06-885-C
                            )
STATE OF OKLAHOMA, et al.,  )
                            )
            Respondents     )

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 28, 2006, Judge Purcell entered a Report and Recommendation recommending that this action be dismissed unless Petitioner pays the full filing fee by September 18. The filing fee was received and docketed on September 6, and while the Report is adopted, the payment of the filing fee moots the Recommendation.

Accordingly, this action is returned to Judge Purcell under the original Order of Referral.

IT IS SO ORDERED this 13th day of September, 2006.

ROBIN J. CAUTHRON
United States District Judge